# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 1, 2015

*By the Court:*

| | |
|---|---|
| No. 15-2069 | JOHN DOE,<br>Plaintiff - Appellant<br><br>v.<br><br>VILLAGE OF DEERFIELD, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-07423<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo | |

    Upon consideration of the **OBJECTION TO SERVICE OF RENEWED MOTION TO WITHDRAW**, filed on June 29, 2015, by the pro se appellant,

    **IT IS ORDERED** that appellant's request is **GRANTED** only to the extent that the clerk of this court shall remove from this court's docket the name of the non-party who will provide service to appellant. Public access to the motion to withdraw and appellant's objection will also be restricted by this court.

form name: **c7_Order_BTC**(form ID: **178**)